AO91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF NEVADA  FILED

UNITED STATES OF AMERICA

V.

FRANCO S. GONZALEZ

2003 JAN 27  AM 11: 03

**CRIMINAL COMPLAINT**
U.S. MAGISTRATE JUDGE

CASE NUMBER:

MJ-S 03-2017-PAL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __03/02/2000__ in __Clark__ county, in the _____ District of __Nevada__ defendant(s), did:
(Track Statutory Language of Offense)

willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to the State of California or other areas not currently known, after committing the crimes of Murder with a Deadly Weapon and Attempt Murder with a Deadly Weapon. These are felonies under the State of Nevada, Nevada Revised Statutes (NRS) 200.030 and 200.030, respectively.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
(Official Title)

On 02/06/2002, the Las Vegas Metropolitan Police Department (LVMPD) began an investigation into a double homicide which occurred at 806 Sierra Vista, Las Vegas, Nevada. The LVMPD identified Franco S. Gonzalez as a suspect in this investigation.

On 03/02/2000, an arrest warrant was issued for Franco S. Gonzalez (warrant #00F03262X) charging him with two counts of Murder with a Deadly Weapon and two counts of Attempt Murder with a Deadly Weapon. The warrant was issued in Las Vegas Justice Court.

Extensive efforts to locate Gonzalez in Las Vegas, Nevada, by the LVMPD have been unsuccessful. Homicide investigators have learned from numerous associates of Gonzalez that he returned to the Los Angeles, California, area following the homicides. A review of Gonzalez' criminal history shows that he was arrested in 1994 by the El Monte, California, Police Department for Grand Theft. For these reasons, it is believed that Gonzalez committed the crimes mentioned above and fled the State of Nevada to the State of California.

Continued on the attached sheet and made a part hereof:   ☐ Yes  ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

By _____

SCOTT M. BAKKEN
Special Agent, FBI
Las Vegas, Nevada

__1-22-03__  at  Las Vegas, Nevada
Date                    City and State

PEGGY A. LEEN
U.S. MAGISTRATE JUDGE

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer